# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BEVERLY BLAIR**                                                                                          **PLAINTIFF**

v.                                       **Case No. 4:23-cv-01207-LPR**

**MAKALA BLACKSTON**                                                                          **DEFENDANT**

## ORDER

Plaintiff Beverly Blair initiated this *pro se* lawsuit on December 21, 2023.[1] On April 15, 2024, the Court issued an Order granting Ms. Blair's request to proceed *in forma pauperis*, explaining why she had failed to sufficiently plead federal jurisdiction, and giving Ms. Blair forty-five days to amend her Complaint.[2] The Court warned Ms. Blair that failure to file an amended complaint would result in the dismissal of her case.[3] Ms. Blair has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's April 15, 2024 Order, Ms. Blair's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of June 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 7).

[3] *Id*. at 3.